# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:06-cr-14-Orl-31DAB

LARRY DARNELL HARDY

_____

## ORDER

Upon consideration of the Unopposed Motion to Determine Defendant's Competency (Doc. 22), and good cause appearing therefor, it is

**ORDERED** that said Motion is GRANTED. Pursuant to 18 U.S.C. §4241, the government shall arrange for a psychiatric examination of the defendant and shall file a report with the Court, prepared in accordance with 18 U.S.C. §4247(b) and (c) by September 25, 2006.

It is further **ORDERED** that a competency hearing will be held before this Court on **THURSDAY, OCTOBER 4, 2006, at 1:00 P.M.** in Courtroom #3, George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. **Defendant is required to be present at the hearing.**

The trial of this matter, scheduled to commence July 17, 2006 is continued until further notice of the Court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 11, 2006.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE
for GREGORY A. PRESNELL, USDJ

United States Pretrial Services Office
Counsel for Defendant
Larry Darnell Hardy